IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENISE DWUMAA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-1370-GBW |
| ) | |
| DELAWARE STATE ) | |
| UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

At Wilmington, on this 4th day of March 2026;

WHEREAS, Plaintiff initiated this case by moving for leave to proceed *in forma pauperis* (D.I. 1) and filing a complaint (D.I. 2) on November 12, 2025;

WHEREAS, the Court granted Plaintiff leave to proceed *in forma pauperis* (D.I. 5) rendering Plaintiff's pleading subject to preliminary judicial screening, pursuant to 28 U.S.C. § 1915(e)(2)(B);

WHEREAS, Plaintiff thereafter moved to amend the complaint (D.I. 6), and the Court granted Plaintiff leave to amend on or before December 15, 2025 (*see* D.I. 7);

WHEREAS, no amended complaint was filed as of January 14, 2025; thus, so the Court ordered Plaintiff to show cause why dismissal of this civil action was not

warranted by Plaintiff's failure to file an amended complaint and comply with the Court's Order (*see* D.I. 9);

WHEREAS, Plaintiff filed an amended complaint on January 20, 2026 (D.I. 10);

WHEREAS, the document filed as the amended complaint is one page of instructions regarding amendments Plaintiff would like to make to the original complaint (*see id.*); and

WHEREAS, to state a claim for screening purposes, and to meet the pleading standard set out in Federal Rule of Civil Procedure 8, Plaintiff must file an amended complaint that states her claims in full, and the Court cannot make amendments to the original complaint on her behalf;

WHEREFORE, IT IS HEREBY ORDERED that **on or before April 3, 2026,** Plaintiff shall file a second amended complaint that complies with this Order. If no second amended complaint is filed on time, the Court shall proceed with screening the original complaint (D.I. 2).

The Honorable Gregory B. Williams
United States District Judge